# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIHAD ANTHONY ZOGHEIB,
           Appellant,
vs.
JEFFREY TURINO, AN INDIVIDUAL;
LARRY GRENWALD, AN INDIVIDUAL;
STEVE SAUM, AN INDIVIDUAL; AND
DONNA WALKER-ZOGHEIB, AN
INDIVIDUAL,
           Respondents.

No. 72645

**FILED**

JUL 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting respondent Donna Walker-Zogheib's motion to withdraw a motion for a protective order and to withdraw the complaint; denying a motion to have appellant declared a vexatious litigant, but ordering appellant to proceed only through his counsel; prohibiting appellant from continuing to contact the other parties to the action; and denying appellant's motion for a temporary protective order against respondents Jeffrey Turino and Larry Grenwald. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, with respect to the portion of the order granting Ms. Walker-Zogheib's motions to withdraw the application for a temporary protective order and to withdraw the complaint, and the portion of the order denying the motion to designate appellant a vexatious litigant, it appears that appellant is not an aggrieved party with standing to appeal. *See* NRAP 3A(a); *Valley Bank of Nevada v. Ginsburg*, 110 Nev. 440, 874 P.2d 729 (1994). With respect to the remaining portions of the order, it appears that the order is not

substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule authorizes an appeal from an order directing that a party proceed through his counsel, prohibiting appellant from continuing to contact parties to the action, or from an order denying a motion for a temporary protective order. *See* NRAP 3A(b). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Robert W. Lane, District Judge
Jihad Anthony Zogheib
Mountain West Lawyers
Jeffrey Turino
Larry Grenwald
Law Office of Lisa Chamlee, Ltd.
Nye County Clerk

---

[1]We take no action on appellant's notice to correct designation of caption, filed April 3, 2017.